**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1486**

_____

ADAEZE NWOSU,

　　　　Plaintiff – Appellant,

　　v.

KARLA SMITH; KEVIN HESSLER; MICHAEL MCAULIFFE; DAVID LEASE,

　　　　Defendants – Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge.  (8:24-cv-00674-TDC)

_____

Submitted:  November 19, 2024                    Decided:  November 21, 2024

_____

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Adaeze Nwosu, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adaeze Nwosu appeals the district court's order dismissing based on judicial immunity her amended civil complaint alleging state law tort claims against several state court judges.  To begin, we deny Nwosu's motion to consolidate appeals. We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Nwosu v. Smith*, No. 8:24-cv-00674-TDC (D. Md. Apr. 30, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*